AO 93 (Rev. 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
District of Guam

| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| One (1) U.S. Priority Mail Package Bearing the Printed Address of Vincent Rios, 979 Army Dr., #411, Barrigada GU 96913-1266  (See Attachment A) | ) |

Case No. MJ-15-00011

**FILED**
DISTRICT COURT OF GUAM
JUN 01 2015
JEANNE G. QUINATA
CLERK OF COURT

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Guam _____
*(identify the person or describe the property to be searched and give its location)*:

One (1) U.S. Priority Mail Package Bearing the Printed Address of Vincent Rios, 979 Army Dr., #411, Barrigada GU 96913-1266.  Property is further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Controlled substance held in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846.  Items of personal property tending to identify the person(s) ownership and control of the package which is subject to this warrant.  Proceeds from the sale of controlled substances.

**YOU ARE COMMANDED** to execute this warrant on or before   February 12, 2015   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Michael J. Bordallo, Designated Judge  .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for   30   days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of  _____ .

Date and time issued:   1/29/2015  4:25 pm

_____
Judge's signature

City and state:   Hagatna, Guam       MICHAEL J. BORDALLO, Designated Judge
*Printed name and title*

**ORIGINAL**

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| NJ-15-00011 | 1/29/15 5:10p | Delayed - Postal |

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

Nothing seized.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 6/1/15

_Executing officer's signature_

Deborah L. Epps, US Postal Inspector
_Printed name and title_

ORIGINAL

ATTACHMENT A

One (1) U.S. Priority Mail Package is further described as a package bearing a Pitney Bowes Medium Flat Rate Box for postage, identified by U.S. Priority Mail Package bearing USPS Tracking number 9405 5096 9993 7257 3638 72, and addressed as follows:

FROM:
SAMER DISCOUNT
565 E CYPRESS AVE
BURBANK, CA 91501-1803

TO:
VINCENT RIOS
979 Army Dr
#411
Barrigada GU 96913-1266

The RIOS Package weighs approximately 4 pounds 12 ounces, and measures approximately 12" x 3 1/2" x 14 1/8".

